On petition for review filed August 8,* petition for review allowed; circuit court's judgment of conviction of criminal solicitation affirmed; circuit court's judgment of conviction of murder reversed and remanded for further proceedings
November 16, 1989

STATE OF OREGON,
*Respondent on Review,*

*v.*

MARK ALAN MURRAY,
*Petitioner on Review.*

(TC 10-87-08999; CA A47865; SC S36382)

782 P2d 157

Sally L. Avera, Acting Public Defender, and David E. Groom, Salem, for petitioner on review.

Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem, for respondent on review.

* Appeal from judgment of Lane County Circuit Court, George J. Woodrich, Judge. 97 Or App 432, 775 P2d 930 (1989).

## MEMORANDUM OPINION

Defendant petitions for review of a Court of Appeals decision affirming his convictions of murder and solicitation to murder. ORS 163.115; ORS 161.435. *State v. Murray*, 97 Or App 432, 775 P2d 930 (1989). Count 1 of the indictment charged alternative theories of murder, *viz*, intentional murder and felony murder. As concerns defendant's murder conviction, this issue appears to be the same as that in *State v. Boots*, 308 Or 371, 780 P2d 725 (1989), *i.e.*, whether the trial court correctly instructed the jury about the necessity for a unanimous verdict on a single murder theory.

The record here indicates that the trial court erred in instructing the jury. Accordingly, we reverse defendant's murder conviction and remand to the trial court for further consideration in the light of *State v. Boots, supra.*

As concerns defendant's criminal solicitation conviction, finding no error assigned or claimed as to that conviction, we affirm the judgment of the circuit court.

The petition for review is allowed. The circuit court's judgment of conviction of criminal solicitation is affirmed. The circuit court's judgment of conviction of murder is reversed. Remanded to the circuit court for further proceedings in the light of *State v. Boots,* 308 Or 371, 780 P2d 725 (1989).